IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.

PAUL A. DRACH, KATHLEEN A. DRACH
and BMO HARRIS BANK NATIONAL ASSOCIATION,

                Defendants.

ORDER

15-cv-184-wmc

---

The court having been advised that the defendants, Paul and Kathleen Drach, have filed a bankruptcy petition on March 15, 2016,

ORDER

IT IS ORDERED that the above entitled action is DISMISSED without prejudice subject to its reopening upon the completion of bankruptcy proceedings where all issues have not been rendered fully dispositive.

IT IS FURTHER ORDERED that any order to reopen shall place this case at the head of the docket for immediate judicial attention.

Entered this 23rd day of March, 2016.

BY THE COURT:

William M. Conley
District Judge